UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
JESSICA KARIM, on behalf of herself and
all others similarly situated,                                    Civil Action No.

                Plaintiff,                                  1:24-cv-3245

      -against-

CHOCOLATE PIZZA COMPANY, INC.,                    **JOINT STIPULATION OF**
                                                     **DISMISSAL WITH PREJUDICE**
                Defendant.
_____x

Plaintiff, Jessica Karim, and Defendant, Chocolate Pizza Company, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

Dated: July 24, 2024

By: _/s/ Gabriel Levy_____

   Gabriel A. Levy, Esq.
     *Attorney for Plaintiff*
   Gabriel A. Levy, P.C.
   1129 Northern Blvd, Ste 404
   Manhasset, NY 11030
   T: 347-941-4715
   Glevy@glpcfirm.com

By: _/s/ Scott Piper_____

   Scott D. Piper, Esq.
     *Attorneys for Defendant*
   Harris Beach PLLC(Roch)
   99 Garnsey Road
   Pittsford, NY 14534
   T : (585) 419-8621
   Spiper@harrisbeach.com