UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
JESSICA KARIM, on behalf of herself and
all others similarly situated,                                    Civil Action No.

                Plaintiff,                                    1:24-cv-3245


      -against-

CHOCOLATE PIZZA COMPANY, INC.,                **JOINT STIPULATION OF**
                                               **DISMISSAL WITH PREJUDICE**
                Defendant.
_____x

Plaintiff, Jessica Karim, and Defendant, Chocolate Pizza Company, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and, each party shall bear its respective fees and costs.

    Dated: July 24, 2024


By: _/s/ Gabriel Levy_____                   By: _/s/ Scott Piper_____

    Gabriel A. Levy, Esq.                                      Scott D. Piper, Esq.
      *Attorney for Plaintiff*                                   *Attorneys for Defendant*
    Gabriel A. Levy, P.C.                                       Harris Beach PLLC(Roch)
    1129 Northern Blvd, Ste 404                                 99 Garnsey Road
    Manhasset, NY 11030                                         Pittsford, NY 14534
    T: 347-941-4715                                             T : (585) 419-8621
    Glevy@glpcfirm.com                                          Spiper@harrisbeach.com